IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC )<br>)<br>Plaintiff, )<br>) Civil Action No.1:17-cv-941-RGA<br>v. )<br>) **JURY TRIAL DEMANDED**<br>PERSONAL CAPITAL CORPORATION )<br>)<br>Defendant. )<br>_____ ) | |

## STIPULATED MOTION TO DISMISS

The plaintiff Smart Authentication IP, LLC and defendant Personal Capital Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims brought by Smart Authentication IP, LLC in this action WITH PREJUDICE, and dismissing all counterclaims brought by Personal Capital Corporation in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Smart Authentication IP, LLC*

FISH & RICHARDSON P.C.

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
janderson@fr.com

Neil J. McNabnay
David B. Conrad
Ricardo J. Bonilla
Theresa M. Dawson
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
mcnabnay@fr.com
conrad@fr.com

rbonilla@fr.com
tdawson@fr.com

*Attorneys for Defendant*
*Personal Capital Corporation*

**SO ORDERED**, this ___26___ day of January, 2018.

_____
United States District Judge